FILED IN
COURT OF CRIMINAL APPEALS

November 5, 2015

ABEL ACOSTA, CLERK

AP-76,051
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 11/5/2015 8:51:36 AM
Accepted 11/5/2015 8:52:59 AM
ABEL ACOSTA
CLERK

NO. AP-76,051

| | | |
|---|---|---|
| MANUEL VELEZ | § | IN THE |
| VS. | § | COURT OF CRIMINAL APPEALS |
| STATE OF TEXAS | § | STATE OF TEXAS |

## AMENDED CERTIFICATE OF SERVICE

I hereby certify that on November 5, 2015, a copy of the State's motion to publish was served on :

Rene Gonzalez, Assistant District Attorney, Cameron County, by e-service or email <rgonzalez1@co.cameron.tx.us>;

Brian W. Stull, Attorney for Manuel Velez, by first class mail, return receipt requested # 7013 0600 0002 2111 7188, 201 W. Main St, Ste 402, Durham, N.C. 27701-3228;

Mr. Stephen Doggett, Attorney for Louis Carlos Rodriguez, by e-service or email <office@doggett-law.com>;

Ms. Lisa McMinn, State Prosecuting Attorney, by e-service or email, <Lisa.McMinn@SPA.texas.gov>

/s/ Gail Kikawa McConnell
Gail Kikawa McConnell

1